# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E MORIARTY, ) | |
| ) | **Case No.: 8:04-CV-330** |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **PLAINTIFF'S MOTION TO** |
| ) | **CONTINUE DEFENDANT'S** |
| CAPITAL MANAGEMENT SERVICES, ) | **MOTION FOR SUMMARY** |
| INC., ) | **JUDGMENT** |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's Motion to Continue the defendant's Motion for Summary Judgment Pursuant to Rule 56(f).

The Court, having reviewed the Motion (Document No. 50) and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, that the Plaintiff is granted until December, 12, 2005 to file his opposition to the defendant's Motion for Summary Judgment (Document No. 44) filed in this matter.

Dated this 7th day of Octobert, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

PREPARED AND SUBMITTED BY:
William L. Reinbrecht, #20138
Car & Reinbrecht, P.C., L.L.O.
8720 Frederick Street, Suite 105
Omaha, NE 68124
(402) 391-8484 phone
(402) 391-1103 fax
Attorneys for Plaintiff